UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>BENJAMIN DIAZ-GONZALEZ,<br><br>               Defendant. | CASE NO. 16-cr-01428-AJB<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense(s) as charged in the Indictment/Information:

    8:1326(a),(b) - Removed Alien Found in the United States (Felony)(1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/20/16

Karen S. Crawford
U.S. Magistrate Judge

FILED
JUL 20 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY